■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GENERAL WILSON, Appellant. — Judgment unanimously affirmed for reasons stated at Erie County Court, Forma, J. (Appeal from judgment of Erie County Court, Forma, J. — criminal possession of weapon, third degree.) Present — Hancock, Jr., J. P., Callahan, O'Donnell and Moule, JJ.